**STATE of Missouri, Respondent,**

v.

**Glenn A. STREB, Appellant.**

**No. WD 46822.**

Missouri Court of Appeals,
Western District.

May 18, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 29, 1993.

Michael J. Gunter, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of sodomy, § 566.060.3, RSMo Supp.1992, and from sentence of fifteen years' imprisonment.

Judgment affirmed. Rule 30.25(b).